IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>**OUR ALCHEMY, LLC,** *et al.*<br><br>Debtors. | **CHAPTER 7**<br><br>Case No. 16-11596-JTD<br><br>Jointly Administered<br><br>Re: Docket No. 967 |
| **GEORGE L. MILLER, in his capacity as Chapter 7 Trustee for the jointly administered bankruptcy estates of Our Alchemy, LLC and Anderson Digital, LLC,**<br><br>Plaintiff,<br><br>v.<br><br>**STROOCK & STROOCK & LAVAN LLP,**<br><br>Defendant. | Adv. No. 18-50630 (JTD)<br><br>Re: Docket. No. 42 |

**ORDER APPROVING SETTLEMENT AGREEMENT
BETWEEN THE CHAPTER 7 TRUSTEE AND
STROOCK & STROOCK & LAVAN LLP**

Upon the Motion[1] of George L. Miller (the "Trustee"), the chapter 7 trustee for the jointly administered Chapter 7 bankruptcy estates of Our Alchemy, LLC ("Alchemy") and Anderson Digital, LLC ("Anderson Digital") (collectively, the "Debtors"), requesting the entry of an order, pursuant to Fed. R. Bankr. P. 9019, approving the settlement Agreement (the "Settlement Agreement") between the Trustee and Stroock & Stroock & Lavan LLP ("Stroock & Stroock & Lavan"); and the Court having jurisdiction to consider the Motion and the relief requested therein in accordance with 28 U.S.C. §§ 157 and 1334; and the Court having determined that sufficient and proper notice has been given to those parties identified in the Motion and it appearing that no other or further notice need be given; and after due deliberation and sufficient cause appearing therefore,

---

[1] Terms not otherwise defined herein shall have their meanings as defined in the Motion.

IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

1. The Motion is GRANTED as set forth herein.

2. The Settlement Agreement, attached to the Motion as Exhibit A, is hereby approved.

3. The Trustee and Stroock & Stroock & Lavan are hereby authorized and empowered to take any and all actions required under the Settlement Agreement, and all such actions as are reasonably necessary to effectuate the terms of the Settlement Agreement.

4. The Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Dated: March 11th, 2022
Wilmington, Delaware

JOHN T. DORSEY
UNITED STATES BANKRUPTCY JUDGE

2